IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:14-00149 |
| | ) | WILLIAM J. HAYNES, JR. |
| | ) | Senior U.S. District Court Judge |
| IKE L. STARNES | ) | |

COUNSEL'S MOTION TO CONTINUE THE
SENTENCING HEARING OF IKE L. STARNES

[Handwritten annotation: ORDER / The motion / to continue the / (illegible) / will be / granted upon / receipt of / Agreed / Order for / new hearing / date and / time / will be / approved / 3-9-15]

COMES now counsel for the accused, Assistant Federal Public Defender, Isaiah S. Gant, and respectfully moves this Honorable to enter an Order continuing the sentencing hearing of Ike L. Starnes, presently scheduled to commence on Friday, April 3, 2015, at 3:00 p.m.

In support of the foregoing motion, it is represented to this Honorable Court the following:

1. The sentencing hearing in this matter is scheduled to commence on April 3, 2015, at 3:00 p.m. Counsel for Mr. Starnes will be unavailable for the hearing and therefore requests that the hearing be continued.

2. On Tuesday, March 24, 2015, counsel is scheduled to leave Nashville on a 10:58 a.m. United Airlines flight to Bangkok, Thailand, returning April 23, 2015, at 9:09 p.m.

3. Twice in the last three years counsel has planned, booked, and paid for this trip, and twice has had to reschedule this trip, incurring a substantial price increase in travel and hotel accommodations each time.